# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GARY LEON WEBSTER
ADC #114018
PLAINTIFF

v. No. 3:19-cv-185-DPM

DOE, Sergeant, Jonesboro Police
Department
DEFENDANT

## ORDER

Webster hasn't paid the filing and administrative fees in this case; and a motion to proceed *in forma pauperis* would be futile because Webster is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g., Webster v. Does*, No. 3:19-cv-59-DPM; *Webster v. Pigg*, No. 3:19-cv-60-DPM; *Webster v. Day Inn Motels, Inc.*, No. 3:19-cv-78-DPM. Further, nothing in Webster's new complaint suggests he's currently in imminent danger of serious physical injury. № 1; 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice. If Webster wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen by 27 July 2019. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

27 June 2019