IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                                   PLAINTIFF
ADC #114018

v.                              No. 3:19-cv-185-DPM

DOE, Sergeant, Jonesboro Police                                     DEFENDANT
Department

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 June 2019