IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                                                     PLAINTIFF
ADC #114018

v.                                     No. 3:19-cv-185-DPM

DOE, Sergeant, Jonesboro Police                                                      DEFENDANT
Department

### ORDER

Motion for leave to proceed *in forma pauperis* on appeal, № 7, denied. The Court certified that an *in forma pauperis* appeal would not be taken in good faith. № 2.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2019